1   SUZANNE A. LUBAN
    Attorney At Law
2   State Bar No. 120629
    3758 Grand Ave. #4
3   Oakland, California 94610
    Telephone 510/832-3555
4
    Attorney for Defendant
5   RUBEN CAMPOS

6

7                   UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        )   D.C. No. CR 05-00117-PHJ
                                     )   (San Francisco)
11              Plaintiff,           )
                                     )   [PROPOSED] ORDER TO
12      vs.                          )   REVISE BRIEFING
                                     )   SCHEDULE FOR WIRETAP
13  DAVID DOMINGUEZ, ET AL.          )   MOTION AND FINDING
                                     )   EXCLUDABLE TIME
14              Defendant.           )
    _____ )   Judge: Hon. Phyllis J. Hamilton
15

16          For good cause shown as stated in the Stipulation to Revise the Briefing

17  Schedule, IT IS HEREBY ORDERED that:

18          (A) the briefing schedule for the defendants' motion to suppress the results of

19  the wiretap and other substantive motions is revised as follows:

20          1.  The defendants shall file the wiretap motion and other dispositive motions

21  by Wednesday, October 12, 2005;

22          2.  The government opposing brief shall be filed by Friday, October 28;

23          3.  The defendants' reply brief shall be filed by Monday November 7;

24          4.  The motions hearing shall be held on November 16, 2005 at 2:30 p.m; and

25

26

27

28                                    1

5.  All the briefs shall be served by overnight delivery or facsimile, and all three defendants shall attend the hearing unless otherwise ordered.

(B)     The Court hereby finds that a modification of the briefing schedule and hearing date is needed for defense counsel's effective preparation of the pretrial motion(s), such that the ends of justice are served by granting the above continuance, and that the ends of justice outweigh the interest of the public and the defendant in a speedy trial.  Therefore, the Court further finds that failure to grant the continuance would deny the defendants reasonable time necessary for effective preparation, taking into account to exercise of due diligence, pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv).  According, the Court finds excludable time from the prior filing deadline, September 21, 2005, until October 12, 2005, pursuant to the Speedy Trial Act, 18 U.S.C. §3161 (h)(8)(B)(iv).

DATED: September 6, 2005

_____
PHYLLIS J. HAMILTON
U.S. District Court

2