1  SUZANNE A. LUBAN
   Attorney At Law
2  State Bar No. 120629
   3758 Grand Ave. #4
3  Oakland, California 94610
   Telephone 510/832-3555
4
   Attorney for Defendant
5  RUBEN CAMPOS

6

7                    UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      )   D.C. No. CR 05-00117-PHJ
                                  )   (San Francisco)
11              Plaintiff,        )
                                  )   [~~PROPOSED~~] ORDER
12       vs.                      )
                                  )
13 RUBEN CAMPOS, et al.,          )
                                  )
14              Defendant.        )
   _____)   Judge: Hon. Phyllis J. Hamilton

15

16      Based on the stipulation of the parties filed on November 15, 2005, and for

17 good cause shown, IT IS HEREBY ORDERED that the motion hearing set for

18 November 16, 2005 is vacated and the change of plea hearing for all three defendants

19 shall be December 7, 2005 at 2:30 p.m. All defendants shall attend. The Court finds

20 that failure to grant the continuance would deny the defendants reasonable time

21 necessary for effective preparation, taking into account to exercise of due diligence,

22 pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv). According, the

23 Court finds excludable time from October 12, 2005, until December 7, 2005,

24 pursuant to the Speedy Trial Act, 18 U.S.C. §3161 (h)(8)(B)(iv).

25 DATED: November 17, 2005                    _____
26                                             HON. PHYLLIS J. HAMILTON
                                               U.S. District Judge
27

28