| | |
|---|---|
| 1 | SUZANNE A. LUBAN |
| 2 | Attorney At Law<br>State Bar No. 120629 |
| 3 | 3758 Grand Ave. #4<br>Oakland, California 94610 |
| 4 | Telephone 510/832-3555 |
| 5 | Attorney for Defendant<br>RUBEN CAMPOS |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>           Plaintiff,         )<br>                              )<br>    vs.                       )<br>                              )<br>RUBEN CAMPOS, et al.,         )<br>                              )<br>           Defendant.         )<br>_____ ) | D.C. No. CR 05-00117-PHJ<br>(San Francisco)<br><br>[~~PROPOSED~~] ORDER<br><br><br><br><br>Judge: Hon. Phyllis J. Hamilton |

Based on the stipulation of the parties filed on November 15, 2005, and for good cause shown, IT IS HEREBY ORDERED that the motion hearing set for November 16, 2005 is vacated and the change of plea hearing for all three defendants shall be December 7, 2005 at 2:30 p.m. All defendants shall attend. The Court finds that failure to grant the continuance would deny the defendants reasonable time necessary for effective preparation, taking into account to exercise of due diligence, pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv). According, the Court finds excludable time from October 12, 2005, until December 7, 2005, pursuant to the Speedy Trial Act, 18 U.S.C. §3161 (h)(8)(B)(iv).

DATED: November 17, 2005

_____
HON. PHYLLIS J. HAMILTON
U.S. District Judge