MICHAEL L. HINCKLEY (CSBN 161645)
LIDIA S. STIGLICH (CSBN 182100)
STIGLICH & HINCKLEY, LLP
502 Seventh Street
San Francisco, California 94103
Tel:     415-865-2539
Fax:    415-865-2538

Attorney for Defendant
DAVID DOMINGUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 05 00117 PJH (JCS) |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER RE: MODIFY RELEASE CONDITION |
| DAVID DOMINGUEZ, et. al | |
| Defendants. | |

Defendant DAVID DOMINGUEZ, by and through his counsel Michael L. Hinckley, Defendant Rubin Campos, by and through his counsel Suzanne Luban, and the United States of America, through Assistant United States Attorney David Hall, hereby stipulate and agree to a modification of the aforementioned defendants' pretrial release conditions such that they be permitted to have contact with each other during the pendency of the case. All other terms and conditions are to remain the same.

///

///

///

The defense has notified Pretrial Services Officer Victoria Gibson of this request but have not heard back from her..

IT IS SO STIPULATED.

Dated: 12/20/2005

/S/
MICHAEL L. HINCKLEY
Attorney for Defendant
DAVID DOMINGUEZ

Dated: 12/20/2005

/S/
SUZANNE LUBAN
Attorney for Defendant
RUBIN CAMPOS

Dated: 12/20/2005             .

/S/
DAVID HALL
Assistant United States Attorney

**ORDER**

Pursuant to stipulation, the aforementioned defendant's pretrial release conditions are modified such that they are permitted to have contact with each other during the pendency of the case. All other terms and conditions are to remain the same.

**IT IS SO ORDERED.**

Dated:  January 3, 2006    .

HON. JOSEPH C. SPERO
United States Magistrate Judge

Law Offices
Stiglich & Hinckley

# PROOF OF SERVICE

I, the undersigned say:

I am over eighteen years of age and not a party to the above action. My business address is 1306 Pine Street, Walnut Creek, California 94596.

I personally caused to be served a copy of the attached on the following:

> Victoria Gibson
> United States Pretrial Services Officer
> 450 Golden Gate Avenue, Box 36108
> San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct. Executed on 12/20/05, at Walnut Creek, California.

Dated: 12/20/2005

/S/
MICHAEL L. HINCKLEY
Attorney for Defendant
DAVID DOMINGUEZ