1  SUZANNE A. LUBAN
   Attorney At Law
2  State Bar No. 120629
   3758 Grand Ave. #4
3  Oakland, California 94610
   Telephone 510/832-3555
4
   Attorney for Defendant
5  RUBEN CAMPOS

6

7                         UNITED STATES DISTRICT COURT

8                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,    )    D.C. No. CR 05-00117-PHJ
10                              )    (San Francisco)
              Plaintiff,        )
11                              )    **STIPULATION TO**
        vs.                     )    **MODIFY CONDITIONS**
12                              )    **OF PRETRIAL RELEASE**
   DAVID DOMINGUEZ, et al.      )    **AND [PROPOSED] ORDER**
13                              )
              Defendant.        )
14 _____)   Judge: Hon. Joseph C. Spero

15
        Defendant DAVID DOMINGUEZ, by and through his counsel Michael L.
16
   Hinckley, defendant RUBEN CAMPOS, by and through his counsel Suzanne A. Luban,
17
   and the United States of America, through Assistant United States Attorney C. David
18
   Hall, hereby stipulate and agree to a modification of the aforementioned defendants'
19
   pretrial release conditions such that they be permitted to travel to all districts in the
20
   State of California without restriction.  Pretrial Services Officer Tim Elder, has
21
   advised counsel for Mr. Campos that he has no objection to the proposed
22
   modification.  Mr. Campos and Mr. Dominguez are both on pretrial release secured by
23
   property bonds.  Both defendants recently entered pleas pursuant to negotiated plea
24
   agreements.
25
        The Government and the defendant, by and through their attorneys, hereby agree
26
   and stipulate that the Court shall enter an order modifying the pretrial release
27
   conditions of Mr. Campos and Mr. Dominguez to allow the defendants to travel
28

                                        1

throughout the State of California without restriction. The defendants shall continue to abide by all other conditions of their release.

Respectfully submitted,

DATED: January 6, 2006
      /S/    C. David Hall
C. DAVID HALL
Assistant U.S. Attorney

DATED: January 6, 2006
      /S/    Suzanne A. Luban
SUZANNE A. LUBAN
Attorney for Defendant Campos

DATED: January 6, 2006
      /S/    Michael L. Hinckley
MICHAEL L. HINCKLEY
Attorney for Defendant Dominguez

## ORDER

Pursuant to stipulation, the aforementioned defendants' pretrial release conditions are modified such that they are permitted to travel throughout the State of California without restriction during the pendency of this case. All other terms and conditions are to remain the same.

**IT IS SO ORDERED.**

Dated: January 9, 2006

JOSEPH C. SPERO
U.S. MAGISTRATE JUDGE