MICHAEL L. HINCKLEY (CSBN 161645)
LIDIA S. STIGLICH (CSBN 182100)
STIGLICH & HINCKLEY, LLP
502 Seventh Street
San Francisco, California 94103
Tel:    415-865-2539
Fax:    415-865-2538

Attorney for Defendant
DAVID DOMINGUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 05 00117 PJH (JCS) |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER RE: RELEASE AND RECONVEY THE 1211 MARBLE STREET RESIDENCE |
| DAVID DOMINGUEZ, et. al | |
| Defendants. | |
| _____/ | |

Defendant DAVID DOMINGUEZ, by and through his counsel Michael L. Hinckley, and the United States of America, through Assistant United States Attorney David Hall, hereby stipulate and agree to a modification of the aforementioned defendants' pretrial release conditions. Specifically, the parties stipulated that the property located at 1211 Marble Street, Santa Rosa, California 95407, which is one of the three properties posted in this case, may be released and reconveyed to its owners Margarita Garcia and Guadalupe Garcia. This reconveyance is need to enable them to proceed with refinancing. All other terms and conditions are to remain the same.

///

///

<u>U.S. v. DAVID DOMINGUEZ</u>, CR 05-00117 PJH
Stip. & [~~Proposed~~] Order Re: Modify Release Condition

-1-

Pretrial Services Officer Timothy Elder has no objection to this request.

IT IS SO STIPULATED.

Dated: 1/20/2006     /S/
MICHAEL L. HINCKLEY
Attorney for Defendant
DAVID DOMINGUEZ

Dated: 1/20/2006     .     /S/
DAVID HALL
Assistant United States Attorney

**ORDER**

Pursuant to stipulation, the aforementioned defendant's pretrial release conditions are modified such that the property located at 1211 Marble Street, Santa Rosa, California 95407, which is one of the three properties posted in this case, shall be released and reconveyed to its onwers Margarita Garcia and Guadalupe Garcia. All other terms and conditions are to remain the same.

**IT IS SO ORDERED.**

Dated:  January 23, 2006    .     
HON. JOSEPH C. SPERO
United States Magistrate Judge

# PROOF OF SERVICE

I, the undersigned say:

I am over eighteen years of age and not a party to the above action. My business address is 1306 Pine Street, Walnut Creek, California 94596.

I personally caused to be served a copy of the attached on the following:

>Tim Elder
>United States Pretrial Services Officer
>450 Golden Gate Avenue, Box 36108
>San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct. Executed on 1/20/06, at Walnut Creek, California.

Dated: 1/20/2006

/S/
MICHAEL L. HINCKLEY
Attorney for Defendant
DAVID DOMINGUEZ