MICHAEL L. HINCKLEY (CSBN 161645)
LIDIA S. STIGLICH (CSBN 182100)
STIGLICH & HINCKLEY, LLP
502 Seventh Street
San Francisco, California 94103
Tel:    415-865-2539
Fax:   415-865-2538

Attorney for Defendant
DAVID DOMINGUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 05 00117 PJH |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER RE: CONTINUANCE OF SENTENCING |
| DAVID DOMINGUEZ, et. al | |
| Defendants. | |
| _____/ | |

Defendant DAVID DOMINGUEZ, by and through his counsel Michael L. Hinckley, Defendant RUBIN CAMPOS, by and through his counsel Suzanne Luban, and the United States of America, through Assistant United States Attorney David Hall, hereby stipulate and agree to a continuance of the date for sentencing from April 26, 2006, to May 31, 2006.

Good cause exists for the requested continuance in that, counsel for Mr. Dominguez is currently scheduled to be in trial on a serious felony matter in Santa Cruz County beginning on April 24, 2006.

///

///

///

1    United States Probation Officer Constance Cook has no objection.

2    IT IS SO STIPULATED.

4    Dated: 03/30/2006                              /S/
                                                    MICHAEL L. HINCKLEY
5                                                   Attorney for Defendant
                                                    DAVID DOMINGUEZ

7    Dated: 03/30/2006                              /S/
                                                    SUZANNE LUBAN
8                                                   Attorney for Defendant
                                                    RUBIN CAMPOS

10   Dated: 03/30/2006       .                      /S/
                                                    DAVID HALL
11                                                  Assistant United States Attorney

### ORDER

Pursuant to stipulation, the sentencing date for David Dominguez and Rubin Campos is continued from April 26, 2006, to May 31, 2006.

**IT IS SO ORDERED.**

Dated: 3/31/06        .

HON.
United

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton

<u>U.S. v. DAVID DOMINGUEZ</u>, CR 05-00117 PJH
Stip. & [Proposed] Order Re: Continuance of Sentencing

Law Offices
Stiglich & Hinckley

-2-

# PROOF OF SERVICE

I, the undersigned say:

I am over eighteen years of age and not a party to the above action. My business address is 1306 Pine Street, Walnut Creek, California 94596.

On 3/30/06, I personally served via U.S. Mail a copy of the attached on the following:

> C. COOK, USPO
> 1301 Clay Street,
> Oakland, California 94612

I declare under penalty of perjury that the foregoing is true and correct. Executed on 3/30/06, at Walnut Creek, California.

Dated: 03/30/2006                        /S/
                                         MICHAEL L. HINCKLEY
                                         Attorney for Defendant
                                         DAVID DOMINGUEZ