1   MICHAEL L. HINCKLEY (CSBN 161645)
    LIDIA S. STIGLICH (CSBN 182100)
2   STIGLICH & HINCKLEY, LLP
    502 Seventh Street
3   San Francisco, California 94103
    Tel:    415-865-2539
4   Fax:    415-865-2538

5   Attorney for Defendant
    DAVID DOMINGUEZ
6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                     SAN FRANCISCO DIVISION

10

11  UNITED STATES OF AMERICA,          Case No. CR 05 00117 PJH (JCS)

            Plaintiff,
12

13    v.                               STIPULATION AND [~~PROPOSED~~]
                                        ORDER RE: TRAVEL REQUEST
    DAVID DOMINGUEZ, et. al
14

15          Defendants.

16  _____/

17        Defendant DAVID DOMINGUEZ, by and through his counsel Michael L. Hinckley and

18  the United States of America, through Assistant United States Attorney David Hall, hereby

19  stipulate and agree to that Mr. Dominguez pretrial release conditions be modified such that he be

20  granted permission to travel from his present residence in Santa Rosa, California to Las Vegas,

21  Nevada (Clark County) within the time period of May 13, 2006 to May15, 2006, so that he and

22  his wife may celebrate their 9th wedding anniversary.

23

24

25  ///

26  ///

27  ///

28
    *U.S. v. DAVID DOMINGUEZ*, CR 05-00117 PJH
    Stip. & [~~Proposed~~] Order Re: Travel Request

    Law Offices
    Stiglich & Hinckley                    -1-

1    The Assistant United States Attorney, David Hall, has been informed of this travel

2 request and has no objection.  Mr. Dominguez's assigned United States Pretrial Services Officer,

3 Timothy Elder, has been informed of this request and has no objection.

4

5    IT IS SO STIPULATED.

6

7 Dated: 04/14/2006                     _____
                                                                     /S/
8                                         MICHAEL L. HINCKLEY
                                          Attorney for Defendant
9                                         DAVID DOMINGUEZ

10

11 Dated:  04/ 14 /2006           .       _____
                                                                     /S/
12                                        DAVID HALL
                                          Assistant United States Attorney

13

14

15                              **ORDER**

16    Pursuant to stipulation, Mr. Dominguez's pretrial release conditions are hereby modified

17 such that he is permitted to travel from his present residence in Santa Rosa, California to Las

18 Vegas, Nevada (Clark County) within the time period of May 13, 2006 to May15, 2006.  All

19 other conditions of release to remain.

20    **IT IS SO ORDERED.**

21
   Dated:    _____April 21, 2006_____.

22                                        HON. _____
                                          United States Magistrate Judge

                                          Judge Joseph C. Spero

23

24

25

26

27

28

Law Offices
Stiglich & Hinckley

**PROOF OF SERVICE**

I, the undersigned say:

I am over eighteen years of age and not a party to the above action.  My business address is 1306 Pine Street, Walnut Creek, California 94596.  On 4/20/06, I personally served via U.S. Mail a copy of the attached on the following:

Tim Elder
Pretrial Services Officer
San Francisco, California 94102

I declare under penalty of perjury that the foregoing is true and correct.  Executed on 4/20/06, at Walnut Creek, California.

Dated: 04/14/2006

_____
/S/
MICHAEL L. HINCKLEY
Attorney for Defendant
DAVID DOMINGUEZ