MICHAEL L. HINCKLEY (CSBN 161645)
LIDIA S. STIGLICH (CSBN 182100)
STIGLICH & HINCKLEY, LLP
502 Seventh Street
San Francisco, California 94103
Tel:   415-865-2539
Fax:   415-865-2538

Attorney for Defendant
DAVID DOMINGUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 05 00117 PJH |
| Plaintiff, | |
| v. | STIPULATION AND [P~~ROPOSED~~] ORDER RE: CONTINUANCE OF SENTENCING |
| DAVID DOMINGUEZ, et. al | |
| Defendants. | |
| _____/ | |

Defendant DAVID DOMINGUEZ, by and through his counsel Michael L. Hinckley, Defendant RUBIN CAMPOS, by and through his counsel Suzanne Luban, and the United States of America, through Assistant United States Attorney David Hall, hereby stipulate and agree to a continuance of the date for sentencing from May 31, 2006 to June 14, 2006.

Good cause exists for the requested continuance in that counsel for the government is unavailable on the currently scheduled date. Counsel for Mr. Dominguez had previously requested said date in error.

///

///

///

1   United States Probation Officer Constance Cook has no objection.

2   IT IS SO STIPULATED.

4   Dated: 05/2/2006                                /S/
                                            MICHAEL L. HINCKLEY
5                                           Attorney for Defendant
                                            DAVID DOMINGUEZ

7   Dated: 05/2/2006                                /S/
                                            SUZANNE LUBAN
8                                           Attorney for Defendant
                                            RUBIN CAMPOS

11  Dated: 05/2/2006        .                       /S/
                                            DAVID HALL
                                            Assistant United States Attorney

### ORDER

Pursuant to stipulation, the sentencing date for David Dominguez and Rubin Campos is continued from May 31, 2006 to June 14, 2006.

**IT IS SO ORDERED.**

Dated:  5/11/06        .

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# PROOF OF SERVICE

I, the undersigned say:

I am over eighteen years of age and not a party to the above action. My business address is 1306 Pine Street, Walnut Creek, California 94596.

On 5/3/06, I personally served via U.S. Mail a copy of the attached on the following:

        C. COOK, USPO
        1301 Clay Street,
        Oakland, California 94612

I declare under penalty of perjury that the foregoing is true and correct. Executed on 5/3/06, at Walnut Creek, California.

Dated: 05/3/2006

        /S/
MICHAEL L. HINCKLEY
Attorney for Defendant
DAVID DOMINGUEZ