MICHAEL L. HINCKLEY (CSBN 161645)
LIDIA S. STIGLICH (CSBN 182100)
STIGLICH & HINCKLEY, LLP
502 Seventh Street
San Francisco, California 94103
Tel:    415-865-2539
Fax:   415-865-2538

Attorney for Defendant
DAVID DOMINGUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>DAVID DOMINGUEZ, et. al<br><br>            Defendants.<br>_____/ | Case No. CR 05 00117 PJH<br><br>STIPULATION AND [P~~ROPOSED~~]<br>ORDER RE: CONTINUANCE OF<br>SURRENDER DATE |

Defendant DAVID DOMINGUEZ, by and through his counsel Michael L. Hinckley and the United States of America, through Assistant United States Attorney David Hall, hereby stipulate and agree to a continuance of the date for surrender from August 18, 2006, to August 21, 2006.

Good cause exists for the requested continuance in that, Mr. Dominguez was designated to FCI Sheridan in Oregon this afternoon. As such, the requested extension will allow him sufficient time to travel and surrender at the facility.

///

///

///

IT IS SO STIPULATED.

Dated: 08/17/2006

/S/
MICHAEL L. HINCKLEY
Attorney for Defendant
DAVID DOMINGUEZ

Dated: 08/17/2006       .

/S/
DAVID HALL
Assistant United States Attorney

**ORDER**

Pursuant to stipulation, the surrender date for David Dominguez is continued from August 18, 2006, to August 21, 2006.

**IT IS SO ORDERED.**

Dated: 8/17/06       .

HON. PHYLLIS J. HAMILTON
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>U.S. v. DAVID DOMINGUEZ</u>, CR 05-00117 PJH
Stip. & [Proposed] Order Re: Continuance of Surrender Date

-3-

Law Offices
Stiglich & Hinckley