1  MICHAEL L. HINCKLEY (CSBN 161645)
   STIGLICH & HINCKLEY, LLP
2  502 Seventh Street
   San Francisco, California 94103
3  Telephone: 415-865-2539
   Fax: 415-865-2538
4
   Attorney for Defendant
5  DAVID DOMINGUEZ

6                    UNITED STATES DISTRICT COURT

7                  NORTHERN DISTRICT OF CALIFORNIA

8                      SAN FRANCISCO DIVISION

9
   UNITED STATES OF AMERICA,          Case No. CR 05 00117 PJH (JCS)
10
              Plaintiff,
11                                     STIPULATION AND (PROPOSED)
      v.                               ORDER EXONERATING BOND AND
12                                     RECONVEYING PROPERTY
   DAVID DOMINGUEZ
13
              Defendant.
14  _____/

15
        In custody defendant DAVID DOMINGUEZ, by and through his counsel Michael
16
   Hinckley and Assistant United States Attorney David Hall, hereby stipulate and agree that the
17
   bond in the above-entitled matter be exonerated and the properties posted be reconveyed.
18
   **SO STIPULATED:**
19
   DATED:      _____9/20/06_____      _____/s/_____
20                                         MICHAEL L. HINCKLEY
                                           Attorney for Defendant
21                                         DAVID DOMINGUEZ

22  DATED:      _____9/20/06_____      _____/s/_____
                                           DAVID HALL
23                                         Assistant United States Attorney

24  **IT IS SO ORDERED**.

25  DATED:      September 21, 2006         _____
                                           HON. _____
26                                         United States Magistrate Judge

27                                                         Judge Joseph C. Spero

28
   *U.S. v. DAVID DOMINGUEZ*
   Stip. & [Proposed] Order To Exonerate Bond and Reconvey Property
                                    -1-